JANUARY 24, 1944

**No. 5979.—**━━━━━━━━━━━━━━━ —*Eurasia Import Co., Inc.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 5964. Motion by plaintiff.